UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:14-cv-00600-LPS |
| | ) |
| SALLIE MAE, INC., now known as | ) |
| NAVIENT SOLUTIONS, INC., | ) |
| SLM DE CORPORATION, now known as | ) |
| NAVIENT DE CORPORATION | ) |
| and SALLIE MAE BANK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO DISMISS DEFENDANTS WITH PREJUDICE

Defendants Sallie Mae Bank, Navient Solutions, LLC (f/k/a Navient Solutions, Inc.), and Navient DE Corporation (the "Parties") each respectfully requests that it be dismissed with prejudice from the above-captioned action pursuant to Paragraph 53 of the Consent Order.

On May 13, 2014, Plaintiff United States of America filed a Complaint alleging, *inter alia*, that Defendants Sallie Mae, Inc. (now known as Navient Solutions, LLC), SLM DE Corporation (now known as Navient DE Corporation), and Sallie Mae Bank, violated the Servicemembers Civil Relief Act ("SCRA"), 50 U.S.C. §§ 3901 – 4043, in connection with several types of student loans they owned or serviced.  Defendants neither admitted nor denied the allegations in the Complaint.

On September 29, 2014, the Court entered a Consent Order executed by the Parties which constituted a full resolution of the United States' claims against Defendants.  Pursuant to Paragraph 53, the Consent Order was to remain in effect for a period of four (4) years, during

which time the Court retained jurisdiction to enforce its terms, and after which time the case was to be dismissed with prejudice.

      As the United States has not moved the Court to extend the duration of the Consent Order, each of the Defendants now requests that it be dismissed with prejudice from the above-captioned action upon the expiration of the Consent Order on September 29, 2018.

      Counsel for Plaintiff the United States of America has represented that it consents to the relief requested in this Motion.

Dated:  October 1, 2018

*/s/ Matthew G. Summers*
Matthew G. Summers (#5533)
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
Tel: (302) 252-4428
Fax: (302) 252-4466
Email: summersm@ballardspahr.com

*Attorney for Defendants Sallie Mae Bank, Navient Solutions, LLC, and Navient DE Corporation*